### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

1500 Mineral Spring Associates,
LP, et al.,
Appellants

    v.                                      CA04-496T; CA05-09T;
                                           CA05-10T

Louis A. Gencarelli, Sr.,
Appellee

### ORDER

    Appellee may have up to and including November 16th, 2005 to file his brief. Appellants will have 10 days thereafter to file a reply brief.

                                                 By Order:

                                                 _____
                                                 Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
Date: November 14, 2005